IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**OCTZAVIUS NEKEITH WEAVER**                                                  **PLAINTIFF**

**V.**                        **CAUSE NO. 3:15-CV-276-CWR-FKB**

**MARSHALL TURNER**                            **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, which was entered on December 2, 2015. Docket No. 15. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the defendant's motion to dismiss [Docket No. 14] is granted and this case is dismissed with prejudice for expiration of the statute of limitations.

**SO ORDERED**, this the 29th day of December, 2015.

                                                    s/ Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE